| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>**R. Grace Rodriguez**<br>**Law Offices of R. Grace Rodriguez**<br>**21000 Devonshire Street**<br>**Suite 111**<br>**Chatsworth, CA 91311**<br>**(818) 734-7223 Fax: (818) 338-5821**<br>State Bar Number: **196657**<br>ecf@LORGR.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for: Debtor* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**MAY 04 2016**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY Ogier    DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>Vartkes Kassardjian<br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 1:15-bk-14098-MB<br><br>CHAPTER: 13<br><br>**ORDER   ☐ GRANTING   ☒ DENYING**<br>**MOTION TO AVOID LIEN UNDER**<br>**11 U.S.C.§ 522(f) (REAL PROPERTY)**<br><br>☐ No hearing held<br>☒ Hearing held<br>Date:<br>Time:<br>Courtroom:<br>Place: |

**Creditor Holding Lien to be Avoided** (*name*): Telesis Community Credit Union / The National Credit Union Administration

The Motion was:    ☐ Opposed    ☒ Unopposed    ☐ Settled by stipulation

Pursuant to 11 U.S.C. § 522(f), Debtor moved to avoid a judicial lien on real property claimed to be exempt. The court finds and orders as follows:

1. ☐ Notice of this Motion complied with LBR 9013-1(d).

2. ☐ Notice of this Motion complied with LBR 9013-1(o).

   a. ☐ There was no opposition and request for hearing.

   b. ☐ Hearing requested and held as indicated in the caption.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 1    **F 4003-2.1.AVOID.LIEN.RP.ORDER**

3. The real property to which this order applies is as follows:

    a. Street address (*specify*): 11200 Canby Avenue, Northridge, CA 91326

    b. Legal description (*specify*): **THE FOLLOWING DESCRIBED PROPERTY IN NORTHRIDGE, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA:
    LOT 38, OF TRACT NO. 18996 AS SHOWN ON MAP FILED IN BOOK 638 OF MAPS, PAGE(S) 97 IN THE OFFICE OF THE COUNTY RECORDER OF LOS ANGELES COUNTY.
    PROPERTY ADDRESS: 11200 CANBY AVE
    PARCEL ID: 2715-026-046**    ☐ See attached page

4. Recording information regarding lien to be avoided:

    a. Date of recordation of lien (*specify*): <u>10/24/2011</u>.

    b. Recorder's instrument number or map/book/page number (*specify*): 20111437676

5. ☐ Motion granted:

    a. ☐ The judicial lien sought to be avoided impairs an exemption to which Debtor would otherwise be entitled under 11 U.S.C. § 522(d)

    b. ☐ The judicial lien is void and unenforceable:

        (1) ☐ In its entirety

        (2) ☐ In the following amount *only*: $ _____ . The balance of $ _____ remains a valid and enforceable lien against the property.

6. ☒ Motion denied on the following grounds:    ☐ with prejudice    ☒ without prejudice

    a. ☐ Insufficient notice

    b. ☐ Insufficient evidence of the exempt status of the property in question

    c. ☐ Failure to comply with FRBP 7004(b)(3) or FRBP 7004(h).

    d. ☒ Insufficient evidence of fair market value. **The appraisal attached to the motion is inadmissible hearsay; the motion was not accompanied by a declaration from the appraiser.**

    e. ☐ Motion is incomplete.

    f. ☐ Other (*specify*):

7. ☐ The court further orders as follows (*specify*):

    ☐ See attached page

Date: May 4, 2016

*Martin R. Barash*
Martin R Barash
United States Bankruptcy Judge

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 2    F 4003-2.1.AVOID.LIEN.RP.ORDER