United States Bankruptcy Court
Central District of California

In re:                                                          Case No. 15-14098-MB
Vartkes Kassardjian                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-1        User: admin         Page 1 of 1        Date Rcvd: May 04, 2016
                           Form ID: pdf042      Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2016.
db             +Vartkes Kassardjian,   11200 Canby Avenue,   Porter Ranch, CA 91326-2505

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2016                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 4, 2016 at the address(es) listed below:
        Elizabeth (SV) F Rojas (TR)   cacb_ecf_sv@ch13wla.com
        Henry D Paloci   on behalf of Creditor   Trojan Capital Investments LLC hpaloci@hotmail.com,
          hpaloci@calibankruptcy.com
        Henry D Paloci   on behalf of Creditor   Trinity Financial Services LLC hpaloci@hotmail.com,
          hpaloci@calibankruptcy.com
        Iris Kwon   on behalf of Creditor   HSBC Bank USA, National Association ikwon@rasflaw.com,
          bkyecf@rasflaw.com
        R Grace Rodriguez   on behalf of Debtor Vartkes  Kassardjian ecf@lorgr.com
        United States Trustee (SV)   ustpregion16.wh.ecf@usdoj.gov
                                                                          TOTAL: 6

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address

**R. Grace Rodriguez**
**Law Offices of R. Grace Rodriguez**
**21000 Devonshire Street**
**Suite 111**
**Chatsworth, CA 91311**
**(818) 734-7223 Fax: (818) 338-5821**
State Bar Number: **196657**
**ecf@LORGR.com**

☐ *Individual appearing without attorney*
☒ *Attorney for:  Debtor*

FOR COURT USE ONLY

FILED & ENTERED

MAY 04 2016

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Ogier    DEPUTY CLERK

CHANGES MADE BY COURT

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION**

In re:

Vartkes Kassardjian

CASE NO.: 1:15-bk-14098-MB

CHAPTER: 13

**ORDER ☐ GRANTING ☒ DENYING**
**MOTION TO AVOID LIEN UNDER**
**11 U.S.C.§ 522(f) (REAL PROPERTY)**

☐ No hearing held
☒ Hearing held
Date:
Time:
Courtroom:
Place:

Debtor(s).

**Creditor Holding Lien to be Avoided** (*name*):  Telesis Community Credit Union / The National Credit Union Administration

The Motion was:    ☐ Opposed    ☒ Unopposed    ☐ Settled by stipulation

Pursuant to 11 U.S.C. § 522(f), Debtor moved to avoid a judicial lien on real property claimed to be exempt.  The court finds and orders as follows:

1.  ☐ Notice of this Motion complied with LBR 9013-1(d).

2.  ☐ Notice of this Motion complied with LBR 9013-1(o).

    a.  ☐ There was no opposition and request for hearing.

    b.  ☐ Hearing requested and held as indicated in the caption.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

3. The real property to which this order applies is as follows:

   a. Street address (*specify*):  11200 Canby Avenue, Northridge, CA 91326

   **b.** Legal description (*specify*):**THE FOLLOWING DESCRIBED PROPERTY IN NORTHRIDGE, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA:
   LOT 38, OF TRACT NO. 18996 AS SHOWN ON MAP FILED IN BOOK 638 OF MAPS, PAGE(S) 97 IN THE OFFICE OF THE COUNTY RECORDER OF LOS ANGELES COUNTY.
   PROPERTY ADDRESS: 11200 CANBY AVE
   PARCEL ID: 2715-026-046**              ☐ See attached page

4. Recording information regarding lien to be avoided:

   a. Date of recordation of lien (*specify*): <u>10/24/2011</u>.

   b. Recorder's instrument number or map/book/page number (*specify*): 20111437676

5. ☐ Motion granted:

   a. ☐ The judicial lien sought to be avoided impairs an exemption to which Debtor would otherwise be entitled under 11 U.S.C. § 522(d)

   b. ☐ The judicial lien is void and unenforceable:

      (1) ☐ In its entirety

      (2) ☐ In the following amount *only*: $ _____.  The balance of $ _____ remains a valid and enforceable lien against the property.

6. ☒ Motion denied on the following grounds:        ☐ with prejudice   ☒ without prejudice

   a. ☐ Insufficient notice

   b. ☐ Insufficient evidence of the exempt status of the property in question

   c. ☐ Failure to comply with FRBP 7004(b)(3) or FRBP 7004(h).

   d. ☒ Insufficient evidence of fair market value.  **The appraisal attached to the motion is inadmissible hearsay; the motion was not accompanied by a declaration from the appraiser.**

   e. ☐ Motion is incomplete.

   f. ☐ Other (*specify*):

7. ☐ The court further orders as follows (*specify*):

      ☐ See attached page

Date: May 4, 2016

_____
Martin R Barash
United States Bankruptcy Judge

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2013*                    Page 2                    **F 4003-2.1.AVOID.LIEN.RP.ORDER**