| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**R. Grace Rodriguez**<br>**Law Offices of R. Grace Rodriguez**<br>**21000 Devonshire Street**<br>**Suite 111**<br>**Chatsworth, CA 91311**<br>**(818) 734-7223 Fax: (818) 338-5821**<br>State Bar Number: **196657**<br>ecf@LORGR.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:  Debtor* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JUL 11 2016**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** Ogier    **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>Vartkes Kassardjian<br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 1:15-bk-14098-MB<br>CHAPTER: 13<br><br>**ORDER ☒ GRANTING ☐ DENYING**<br>**MOTION TO AVOID LIEN UNDER**<br>**11 U.S.C.§ 522(f) (REAL PROPERTY)**<br><br>☐ No hearing held<br>☒ Hearing held<br>Date:<br>Time:<br>Courtroom:<br>Place: |

**Creditor Holding Lien to be Avoided** (*name*):  Telesis Community Credit Union / The National Credit Union Administration

The Motion was:    ☐ Opposed    ☒ Unopposed    ☐ Settled by stipulation

Pursuant to 11 U.S.C. § 522(f), Debtor moved to avoid a judicial lien on real property claimed to be exempt.  The court finds and orders as follows:

1. ☐ Notice of this Motion complied with LBR 9013-1(d).

2. ☒ Notice of this Motion complied with LBR 9013-1(o).

    a. ☒ There was no opposition and request for hearing.

    b. ☐ Hearing requested and held as indicated in the caption.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2013*                                   Page 1                                   **F 4003-2.1.AVOID.LIEN.RP.ORDER**

3. The real property to which this order applies is as follows:

   a. Street address (*specify*):  11200 Canby Avenue, Northridge, CA 91326

   b. Legal description (*specify*):**THE FOLLOWING DESCRIBED PROPERTY IN NORTHRIDGE, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA:**
   **LOT 38, OF TRACT NO. 18996 AS SHOWN ON MAP FILED IN BOOK 638 OF MAPS, PAGE(S) 97 IN THE OFFICE OF THE COUNTY RECORDER OF LOS ANGELES COUNTY.**
   **PROPERTY ADDRESS: 11200 CANBY AVE**
   **PARCEL ID: 2715-026-046**              ☐ See attached page

4. Recording information regarding lien to be avoided:

   a. Date of recordation of lien (*specify*): <u>10/24/2011</u>.

   b. Recorder's instrument number or map/book/page number (*specify*): 20111437676

5. ☒ Motion granted:

   a. ☒ The judicial lien sought to be avoided impairs an exemption to which Debtor would otherwise be entitled under 11 U.S.C. § 522(d)

   b. ☒ The judicial lien is void and unenforceable:

      (1) ☒ In its entirety

      (2) ☐ In the following amount *only*: $ _____. The balance of $ _____ remains a valid and enforceable lien against the property.

6. ☐ Motion denied on the following grounds:    ☐ with prejudice    ☐ without prejudice

   a. ☐ Insufficient notice

   b. ☐ Insufficient evidence of the exempt status of the property in question

   c. ☐ Failure to comply with FRBP 7004(b)(3) or FRBP 7004(h).

   d. ☐ Insufficient evidence of fair market value.

   e. ☐ Motion is incomplete.

   f. ☐ Other (*specify*):

7. ☐ The court further orders as follows (*specify*):

   ☐ See attached page

Date: July 11, 2016

*Martin R. Barash*
Martin R Barash
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2013*                                   Page 2                             **F 4003-2.1.AVOID.LIEN.RP.ORDER**