1    R. Grace Rodriguez, Esq. (SBN: 196657)
     The Law Offices of R. Grace Rodriguez
2    21000 Devonshire Street, Suite 111
     Chatsworth, California 91311
3    Tel:   (818) 734-7223
     EM:   ecf@LORGR.com
4
     Attorneys for Debtor
5    VARTKES KASSARDJIAN

6

7

8                    UNITED STATES BANKRUPTCY COURT

9        CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO DIVISION

10

11   In re                          )  Case No. 1:15-bk-14098-MB
                                     )
12                                   )  Chapter 13
        VARTKES KASSARDJIAN          )
13                                   )  **Judge: Hon. Martin R. Barash**
                                     )
14                                   )  **DEBTOR'S OPPOSITION TO CREDITOR**
                          Debtors.   )  **TORJAN CAPITAL INVESTMENTS, LLC'S**
15                                   )  **NOTICE OF MOTION AND MOTION TO**
                                     )  **DISMISS CHAPTER 13 CASE;**
16                                   )  **MEMORANDUM OF POINTS AND**
                                     )  **AUTHORITIES;  DECLARATION OF R.**
17                                   )  **GRACE RODRIGUEZ**
                                     )
18                                   )  **Date:      August 16, 2018**
                                     )  **Time:      11:30 am**
19                                   )  **Crtrm:    303 – Third Floor**
                                     )  **Place:     21041 Burbank Blvd.**
20                                   )            **Woodland Hills, CA  91367**

21   TO THE HONORABLE MARTIN R. BARASH, UNITED STATES BANKRUPTCY JUDGE; U.S.

22   TRUSTEE;  ELIZABETH F. ROJAS, CHAPTER 13 TRUSTEE; AND ALL OTHER INTERESTED

23   PARTIES:

24         COMES NOW Debtor VARTKES KASSARDJIAN by and through his attorney of record R.

25   Grace Rodriguez, and does hereby submit the following opposition to the motion by Creditor Trojan

26   Capital Investments, LLC's Notice of Motion and Motion to Dismiss Chapter 13 Case as follows:

27   / / /

28   / / /

DEBTOR'S OPPOSITION TO CREDITOR TORJAN CAPITAL INVESTMENTS LLC'S NOTICE OF MOTION AND MOTION TO DISMISS
CHAPTER 13 CASE

## MEMORANDUM OF POINTS AND AUTHORITES

1

2    **1. STATEMENT OF FACTS**

3        On December 17, 2015, the Debtor in this case filed his Chapter 13 Bankruptcy to save his principle

4    residence from foreclosure. The Debtor has two loans recorded against his principle residence. The 2nd

5    loan on his property is unsecured and held by the Movant TROJAN CAPITAL INVESTMENTS, LLC

6    who has speciously moved without just cause to seek the dismissal of the Chapter 13 Bankruptcy to

7    which the Debtor now opposes.

8        By way of background, debtor is also the title holder to 13 parcels of real property which are listed

9    on the Debtor's bankruptcy schedules. These 13 parcels of real property were marketed at the behest of

10   Chapter 13 Trustee to no avail. These 13 parcels of real property are of odd dimensions, many of them

11   undesirable and unbuildable. Attached the Declaration of R. Grace Rodriguez as Exhibit "A" is a true

12   and correct copy of Schedule A/B which lists the 13 parcels.

13       On June 14, 2016, the Los Angeles County Tax Collector filed its Proof of Claim for property taxes

14   associated with the 13 parcels of Property in the amount of $17,626.51. The tax assessor values the

15   subject properties at $176,443.00. Attached hereto as Exhibit "B" is a true and correct copy of the Proof

16   of Claim filed by the Los Angeles County Tax Collector.

17       On January 30, 2018, Debtor filed an Amended Chapter 13 Plan which surrendered all 13 properties

18   to the secured creditors to which had claims against the properties. Attached hereto as Exhibit "C" is a

19   true and correct copy of the Amended Chapter 13 Plan.

20       On March 1, 2018, upon notice and having adequate time pass, the proposed Chapter 13 Plan

21   surrendering the 13 parcels to the secured creditors was approved and the order issued on March 7,

22   2018. There was no objection by any of the secured creditors to the surrender of the 13 parcels of

23   property. Therefore, absent objections, the secured creditors (Trojan does not have a security interest

24   against any of the 13 parcels, as their claim arises from their 2nd lien on the Debtor's primary residence

25   and not the 13 parcels. Attached hereto as Exhibit "D" is a true and correct copy of the order confirming

26   the Chapter 13 Plan.

27       On April 12, 2018, the Chapter 13 Trustee issued the Notice of Infeasibility of the Chapter 13 Plan

28   because the Plan will not pay out its Present Plan Payment. However, the notice is incorrect in that the

1  Approved Chapter 13 plan does not provide payment for taxes on real property which is surrendered.

2  As set forth more fully below, absent objection to confirmation by secured creditors affected by the

3  surrender of real property, the debtor is not required to provide for claims by the secured creditor of

4  surrendered property.  As such, the infeasibility notice sent by the trustee is incorrect.

5      With nothing more than the erroneous infeasibility notice, Creditor Trojan Capital Investments, LLC

6  filed its motion which is utterly without merit in that it is based completely on the document filed by the

7  Chapter 13 Trustee which is erroneous.  There is absolutely not one scintilla of evidence beyond the

8  erroneous infeasibility notice that the motion brings and as such fails to meet its prima facie burden as a

9  motion to dismiss for infeasibility.  As such, even of the debtor had not opposed the motion the Court

10  should not grant the motion.

11      However, in this case, the debtor has opposed the motion, and the Motion should be denied as

12  meritless.

13    2.  **LEGAL AUTHORITY & ARGUMENT**

14    **A. EFFECT OF CONFIRMATION**

15      In relevant part, 11 USCS § 1327 provides, "(a)  The provisions of a confirmed plan bind the

16  debtor and each creditor, whether or not the claim of such creditor is provided for by the plan, and

17  whether or not such creditor has objected to, has accepted, or has rejected the plan." Here the Los

18  Angeles County Tax Collector is deemed to have accepted the confirmed chapter 13 plan which

19  surrenders the 13 parcels of property to them.

20      Furthermore, 11 U.S.C.S. § 1327(b) provides that unless a Chapter 13 bankruptcy plan or a

21  confirmation order provides otherwise, confirmation of a Chapter 13 plan vests all property of the

22  debtor's bankruptcy estate in the debtor. Moreover, § 1327(c) provides that, except to the extent

23  provided by a Chapter 13 plan, property of a debtor's estate vests in the debtor free and clear of any

24  claim or interest of any creditor provided for by the plan. *Phifer v. City of Milwaukee (In re Phifer)*, 547

25  B.R. 288, 288, 2016 Bankr. LEXIS 778.  In the instant case, the debtor is not providing for the Los

26  Angeles County Tax Collector. He has surrendered the property and the plan has been confirmed that

27  NO PAYMENT should go to them.  However, despite this fact, the Chapter 13 Trustee erroneously

28  included the County's claim as one to be paid.  As a result of including the claim, it rendered the

1  Chapter 13 Plan infeasible, if it were true that the claim had to be paid.  However, because the Plan that

2  was confirmed contemplates that the 13 parcels are to be surrendered, therefore, the County's claim is

3  not to be paid, but rather they have the right to foreclosure or tax lien sale the 13 parcels.  They cannot

4  collect twice.  It makes no sense that the Debtor would be required to past due property taxes on real

5  estate which he has committed to surrendering.

6  **B.  A CONFIRMED CHAPTER 13 PLAN SURRENDERS PROPERTY TO LA COUNTY**

7  **TAX COLLECTOR THEREFORE CLAIM MAY NOT BE PAID**

8  11 U.S.C.S. § 1325 sets forth the requirements for confirmation of a chapter 13 plan. 11 U.S.C.S.

9  § 1325. Section 1325(a)(5) provides that a plan may be confirmed only if one of the following

10 conditions is satisfied with respect to each allowed secured claim provided for by the plan: (i) the

11 creditor has accepted the plan, (ii) the plan provides for the property securing the claim to be

12 surrendered to the creditor, or (iii) the plan provides for "cram down" of the claim. 11 U.S.C.S. §

13 1325(a)(5). Thus, if a secured creditor does not accept a debtor's chapter 13 plan, the debtor has two

14 options for handling allowed secured claims: surrender the collateral to the creditor or, under the cram

15 down option, keep the collateral over the creditor's objection and provide the creditor, over the life of the

16 plan, with the equivalent of the present value of the collateral. As the plan proponent, the debtor bears

17 the burden of establishing that each of the requirements of § 1325 have been satisfied. *In re Sherwood*,

18 No. 15-10637 (JLG), 2016 Bankr. LEXIS 263, at *1 (Bankr. S.D.N.Y. Jan. 28, 2016)

19 **C. CHAPTER 13 DOES NOT REQUIRE PROPERTY TAXES TO BE PAID IN CHAPTER**

20 **13 ON SURRENDERED PROPERTY**

21 County, which had foreclosed upon debtor's real **property** prepetition for failure to pay **taxes**,

22 is **bound**, pursuant to **11 USCS § 1327**, by **confirmed Chapter 13 plan** which provides for payment of

23 delinquent **taxes** in full as secured claim at rate of $ 85 monthly over 53 months, although county asserts

24 that debtor's only option under state law is to redeem **property** within 2 years, plus 60 days pursuant

25 to 11 USCS § 108, of foreclosure where in spite of fact that county was aware of bankruptcy and

26 provisions of proposed **plan**, county failed to object to **confirmation** or file any documents with court,

27 and even if court erred in **confirming plan**, county's remedy was to appeal **confirmation** order; further,

28

1   Bankruptcy Code controls debtor's/estate's rights vis-a-vis county regardless of contrary state law. *In re*

2   *O'Neal* (1992, BC DC Or) 142 BR 411,CCH Bankr L Rptr P 74719.

3        Even if it had, the County had the right to object, which it did not, and it could appeal the

4   confirmation order, and it did not.  Therefore, the Chapter 13 Plan which provides no payment for the

5   secured claim, and surrender of the 13 Parcels is binding upon the County and therefore binding upon

6   the Chapter 13 Trustee.

7      3.  **CONCLUSION**

8        The Chapter 13 Trustee, should be able to exclude the County's claim from her calculations and

9   withdraw the infeasibility notice filed on April 12, 2018.  The Infeasibility Notice is clearly errenous and

10  not a basis upon which Trojan Capital investment LLC should have filed its motion.

11

12  Dated: August 2, 2018                              Respectfully submitted

13

14                                              R. Grace Rodriguez, Esq.

15                                              Attorney for Debtor
                                                VARTKES KASSARDJIAN
16

17

18

19

20

21

22

23

24

25

26

27

28

DEBTOR'S OPPOSITION TO CREDITOR TORJAN CAPITAL INVESTMENTS LLC'S NOTICE OF MOTION AND MOTION TO DISMISS
CHAPTER 13 CASE

## DECLARATION OF R. GRACE RODRIGUEZ IN SUPPORT OF MOTION

**I, R. GRACE RODRIGUEZ, hereby declare:**

1.    I am the attorney for the Debtor in the above-entitled matter and if called as a witness I could and would competently testify to the following facts which are of my own personal knowledge.

2.    On December 17, 2015, I helped the Debtor file this Chapter 13 Bankruptcy to save his principle residence from foreclosure.

3.    My review of the Debtor's records and admissions made by the Debtor to me were that he has two loans recorded against his principle residence. The 2nd loan on his property is unsecured and held by the Movant TROJAN CAPITAL INVESTMENTS, LLC who has speciously moved without just cause to seek the dismissal of the Chapter 13 Bankruptcy.

4.    In this case, Debtor is also the title holder to 13 parcels of real property which are listed on the Debtor's bankruptcy schedules. These 13 parcels of real property were marketed at the behest of Chapter 13 Trustee to no avail. These 13 parcels of real property are of odd dimensions, many of them undesirable and unbuildable. See Exhibit "A" is a true and correct copy of Schedule A/B which lists the 13 parcels.

5.    On June 14, 2016, the Los Angeles County Tax Collector filed its Proof of Claim for property taxes associated with the 13 parcels of Property in the amount of $17,626.51. The tax assessor values the subject properties at $176,443.00. Attached hereto as Exhibit "B" is a true and correct copy of the Proof of Claim filed by the Los Angeles County Tax Collector.

6.    On January 30, 2018, Debtor filed an Amended Chapter 13 Plan which surrendered all 13 properties to the secured creditors to which had claims against the properties. Attached hereto as Exhibit "C" is a true and correct copy of the Amended Chapter 13 Plan.

7.    On March 1, 2018, upon notice and having adequate time pass, the proposed Chapter 13 Plan surrendering the 13 parcels to the secured creditors was approved and the order issued on March 7, 2018. There was no objection by any of the secured creditors to the surrender of the 13 parcels of property. Therefore, absent objections, the secured creditors (Trojan does not have a security interest against any of the 13 parcels, as their claim arises from their 2nd lien on the Debtor's primary residence

1    and not the 13 parcels.  Attached hereto as Exhibit "D" is a true and correct copy of the order confirming

2    the Chapter 13 Plan.

3        8.    On April 12, 2018, the Chapter 13 Trustee issued the Notice of Infeasibility of the Chapter 13

4    Plan because the Plan will not pay out its Present Plan Payment.  However, the notice is incorrect in that

5    the Approved Chapter 13 plan does not provide payment for taxes on real property which is surrendered.

6    As set forth more fully below, absent objection to confirmation by secured creditors affected by the

7    surrender of real property, the debtor is not required to provide for claims by the secured creditor of

8    surrendered property.  As such, the infeasibility notice sent by the trustee is incorrect.

9        9.    With nothing more than the erroneous infeasibility notice, Creditor Trojan Capital

10   Investments, LLC filed its motion which is utterly without merit in that it is based completely on the

11   document filed by the Chapter 13 Trustee which is erroneous.  There is absolutely not one scintilla of

12   evidence beyond the erroneous infeasibility notice that the motion brings and as such fails to meet its

13   prima facie burden as a motion to dismiss for infeasibility.  As such, even of the debtor had not opposed

14   the motion the Court should not grant the motion.

15        I declare under penalty of perjury that the foregoing is true and correct, executed this 2nd day

16   of August 2018, at Chatsworth, California

17

18

19   R. Grace Rodriguez, Declarant

20

21

22

23

24

25

26

27

28

DEBTOR'S OPPOSITION TO CREDITOR TORJAN CAPITAL INVESTMENTS LLC'S NOTICE OF MOTION AND MOTION TO DISMISS
CHAPTER 13 CASE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

DEBTOR'S OPPOSITION TO CREDITOR TORJAN CAPITAL INVESTMENTS LLC'S NOTICE OF MOTION AND MOTION TO DISMISS
CHAPTER 13 CASE

| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| R. Grace Rodriguez<br>21000 Devonshire Street<br>Suite 111<br>Chatsworth, CA 91311<br>(818) 734-7223 Fax:  (818) 338-5821<br>196657<br>ecf@LORGR.com | |

☐ *Individual appearing without attorney*
☐ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>        Vartkes KASSARDJIAN | CASE NO.: 1:15-bk-14098-MB<br><br>CHAPTER: 13 |
|---|---|
| | **SUMMARY OF AMENDED SCHEDULES,<br>MASTER MAILING LIST,<br>AND/OR STATEMENTS<br>[LBR 1007-1(c)]** |
| Debtor(s) | |

A filing fee is required to amend Schedules D, or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F. Are one or more creditors being added? ☐ Yes ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☑ Schedule A/B          ☑ Schedule C          ☑ Schedule D          ☑ Schedule E/F          ☐ Schedule G

☐ Schedule H          ☐ Schedule I          ☐ Schedule J          ☐ Schedule J-2          ☐ Statement of Financial Affairs

☐ Statement About Your Social Security Number(s)          ☐ Statement of Intentions          ☐ Master Mailing List

☐ Other (*specify*) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date:    10/04/2016 _____

_____
**Vartkes KASSARDJIAN**
Debtor 1 Signature

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                    Page 1                    F 1007-1.1.AMENDED.SUMMARY

Fill in this information to identify your case and this filing:

| Debtor 1 | **Vartkes KASSARDJIAN** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number    **1:15-bk-14098-MB**

☑ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                                          12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

☑ Yes. Where is the property?

1.1

**11200 Canby Avenue**
Street address, if available, or other description

**Porter Ranch**      **CA**      **91326-0000**
City                          State      ZIP Code

**Los Angeles**
County

**What is the property?** Check all that apply

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$675,000.00** | **$675,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

☐ Check if this is community property (see instructions)

Debtor 1    Vartkes KASSARDJIAN                                        Case number *(if known)*    1:15-bk-14098-MB

|  | | |
|---|---|---|
| **1.2** | If you own or have more than one, list here: | **What is the property?** Check all that apply |

Vacant Land with numerous APN Nos.
Investment Package for Land
Development
Values are based on Assessed Tax
Values

Street address, if available, or other description

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $275,000.00 | $275,000.00 |

City          State          ZIP Code

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

fee simple

☐ Check if this is community property (see instructions)

Los Angeles
County

Other information you wish to add about this item, such as local
property identification number:

APNs:
1. 8204-014-022  HACIENDA HEIGHTS CA 91745 - 8,708 sqft No value.
2. 3037-021-017 COR AVE W8/133 St, Pearblossom, CA  93553 - 10,000 Sqft FMV $28,200;
3. 5802-016-016 LA CRESCENTA 91214 Vacant Land - 797 Sqft FMV $3,570.00.
4. 5454-018-028 - LOS ANGELES CA 90065 - 4,000 Sqft FMV $30,600;
5. 5209-021-007 - LOS ANGELES CA 90032 - 6,490 Sqft FMV $43,850
6. 5209-020-010 - LOS ANGELES CA 90032 - 5,445 Sqft FMV $37,500
7. 3358-008-040 - 165 STE DRT VIC AV, ROSEVELT CA 93535 - 2.12 Acres FMV  $13,668.
8. 3307-005-004 - AVE E3 VIC 91 STE, REDMAN CA 93535-  1.07 Acres FMV is $8,160.00;
9. 3234-028-010 - SAN FRANCISQUITO VIC CHI, GREEN VALLEY, CA 91350  20,953 Sqft FMV $9,180.00
10. 3228-015-005 COR SN LUIS POTOSI DESCO, GREEN VALLEY CA 91350 - 5144 Sqft. FMV $6120.
11. 3225-032-017 COR RANCH CLUB NEARSIDE ELIZABETH LAKE CA 93532 - 6,756 Sqft FMV $16,320.
12. 3225-020-021 ELIZABETH LAKE VIC FIRTR ELIZABETH LAKE CA 93532 - 10,454 sqft $15,810;
13. 3208-008-033 ESCONDIDO CYN RD VIC JON ACTON CA 93510 - 9,148 Sqft $3,183

2.  Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for
    pages you have attached for Part 1. Write that number here..............................................................=>

| $950,000.00 |
|---|

**Part 2:**  Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles that
someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                          Best Case Bankruptcy

Debtor 1    **Vartkes KASSARDJIAN**                                                              Case number *(if known)*    1:15-bk-14098-MB

## 3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
☑ Yes

| | | | |
|---|---|---|---|
| 3.1 | Make: **Smart** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. |

| Model: **Passion** | ☑ Debtor 1 only | |
| Year: **2008** | ☐ Debtor 2 only | |

| Approximate mileage: | **95,000 Approximately** | | Current value of the entire property? | Current value of the portion you own? |
|---|---|---|---|---|
| Other information: | | ☐ Debtor 1 and Debtor 2 only | | |
| **"Edmunds.com" which was used to determine FMV.** | | ☐ At least one of the debtors and another | **$3,756.00** | **$3,756.00** |
| | | ☐ Check if this is community property (see instructions) | | |

## 4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

| 5 | Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.........................................=> | **$3,756.00** |
|---|---|---|

## Part 3:    Describe Your Personal and Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

## 6. Household goods and furnishings
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe.....

| **Misc. Household Goods & Furnishings with no single item valued in excess of $600.00** | **$750.00** |
|---|---|

## 7. Electronics
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes. Describe.....

| **Misc. Electronic Equipment with no single item valued in excess of $600.00** | **$1,500.00** |
|---|---|

## 8. Collectibles of value
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes. Describe.....

## 9. Equipment for sports and hobbies
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☑ No
☐ Yes. Describe.....

Official Form 106A/B                                         Schedule A/B: Property                                         page 3

Debtor 1    **Vartkes KASSARDJIAN**    Case number (if known)    **1:15-bk-14098-MB**

---

**10. Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
   ■ No
   ☐ Yes. Describe.....

**11. Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ■ Yes. Describe.....

| | |
|---|---|
| Misc. wearing apparel and accessories with no single item valued in excess of $600.00 | $500.00 |

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ■ Yes. Describe.....

| | |
|---|---|
| Wedding band and gold necklace. | $750.00 |

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ■ No
   ☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**
   ■ No
   ☐ Yes. Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .......................................................................    | $3,500.00 |

---

**Part 4:    Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?    Current value of the portion you own? Do not deduct secured claims or exemptions.

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ☐ No
   ■ Yes....................................................................................

   Cash    $15.00

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes.......................    Institution name:

| | | | |
|---|---|---|---|
| 17.1. | **Checking** | **JP Morgan Chase** | $2.79 |
| 17.2. | **Brokerage** | **ETrade Account** | $250.00 |

---

Official Form 106A/B                              Schedule A/B: Property                              page 4

Debtor 1    **Vartkes KASSARDJIAN**    Case number *(if known)*    **1:15-bk-14098-MB**

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ☑ No
    ☐ Yes................    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ☑ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | |
|---|---|---|
| Narmar Inc. 50% ownership of the stock belongs to Debtor's Spouse and her twin sister.  This is a Pre-2013 Laser Hair removal salon.  The laws changed in 2013 which do not allow non-doctors to now obtain newer equipment.  So the Debtor's spouse and sister who are RN's will not be able to replace the existing equipment nor can the business be sold.  The current equipment is worth approximately $10,000. Since the business cannot be sold, the business is valued based upon the equipment. | 50 % | $2,500.00 |
| NASA WIRELESS, Inc. which is a now FTB suspended corporation which currently has a lawsuit against Burton C. Jacobson and Frank S. Adler for legal malpractice.  The company went out of business but is still pursuing the legal malpractice claims. | 50 % | $2.50 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ☑ No
    ☐ Yes. Give specific information about them
        Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☑ No
    ☐ Yes. List each account separately.
        Type of account:    Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ☑ No
    ☐ Yes. ....................    Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ☑ No
    ☐ Yes.............    Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ☑ No
    ☐ Yes.............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property** (other than anything listed in line 1), and rights or powers exercisable for your benefit
    ☑ No
    ☐ Yes.  Give specific information about them...

Official Form 106A/B    Schedule A/B: Property    page 5

Debtor 1    Vartkes KASSARDJIAN    Case number *(if known)*    1:15-bk-14098-MB

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes. Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
☐ No
☐ Yes. Give specific information about them...

**Money or property owed to you?**
**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**
☐ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
☐ No
☐ Yes. Give specific information......

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
☐ No
☐ Yes. Give specific information..

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
☐ No
☐ Yes. Name the insurance company of each policy and list its value.
Company name:    Beneficiary:    Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
☐ No
☐ Yes. Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
☐ No
☐ Yes.  Describe each claim.........

| Debtor has claim against Southern California Gas Company due to Methane gas leak in the Porter Ranch Area. | Unknown |
|---|---|
| Burton C. Jacobson and Frank S. Adler – Legal Malpractice which is held by NASA WIRELESS, INC. | $0.00 |

| | |
|---|---|
| City of Hacienda Heights. Debtor owns a piece of property which the City paved over without declaring eminent domain. Debtor has a claim to the property. However because of the lawsuit needed to get the property back from the City, and the limited value of the property there is very little value at this time. | $3,500.00 |

| | |
|---|---|
| HW Premier Insurance Services, Inc. for fraud and breach of contract. | $1,000,000.00 |

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information..

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here............................................................... | **$1,006,270.29**

---

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. Do you own or have any legal or equitable interest in any business-related property?

☑ No. Go to Part 6.
☐ Yes. Go to line 38.

---

**Part 6:    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

---

**Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. Do you have other property of any kind you did not already list?
*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific information.........

54. Add the dollar value of all of your entries from Part 7. Write that number here ..................................... | **$0.00**

Debtor 1    **Vartkes KASSARDJIAN**                                          Case number *(if known)*    **1:15-bk-14098-MB**

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

| | | | |
|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** .................................................................................... | | **$950,000.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$3,756.00** | |
| 57. | **Part 3: Total personal and household items, line 15** | **$3,500.00** | |
| 58. | **Part 4: Total financial assets, line 36** | **$1,006,270.29** | |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61. | **Part 7: Total other property not listed, line 54** | + **$0.00** | |

| | | | | |
|---|---|---|---|---|
| 62. | **Total personal property. Add lines 56 through 61...** | **$1,013,526.29** | ·Copy personal property total | **$1,013,526.29** |

| | | |
|---|---|---|
| 63. | **Total of all property on Schedule A/B. Add line 55 + line 62** | **$1,963,526.29** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Vartkes KASSARDJIAN** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number | 1:15-bk-14098-MB | | |
| (if known) | | | |

■ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own. Copy the value from *Schedule A/B* | Amount of the exemption you claim. *Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **11200 Canby Avenue Porter Ranch, CA 91326  Los Angeles County**<br>Line from *Schedule A/B*: 1.1 | $675,000.00 | ■ | $20,000.00 | C.C.P. § 703.140(b)(1) |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |
| **2008 Smart Passion 95,000 Approximately miles "Edmunds.com" which was used to determine FMV.**<br>Line from *Schedule A/B*: 3.1 | $3,756.00 | ■ | $3,756.00 | C.C.P. § 703.140(b)(2) |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |
| **Misc. Household Goods & Furnishings with no single item valued in excess of $600.00**<br>Line from *Schedule A/B*: 6.1 | $750.00 | ■ | $750.00 | C.C.P. § 703.140(b)(3) |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |
| **Misc. Electronic Equipment with no single item valued in excess of $600.00**<br>Line from *Schedule A/B*: 7.1 | $1,500.00 | ■ | $1,500.00 | C.C.P. § 703.140(b)(3) |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |
| **Misc. wearing apparel and accessories with no single item valued in excess of $600.00**<br>Line from *Schedule A/B*: 11.1 | $500.00 | ■ | $500.00 | C.C.P. § 703.140(b)(3) |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| Debtor 1 | Vartkes KASSARDJIAN | | | Case number (if known) | 1:15-bk-14098-MB |
|---|---|---|---|---|---|

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own: Copy the value from Schedule A/B | | Amount of the exemption you claim Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|---|
| **Wedding band and gold necklace.** Line from *Schedule A/B*: 12.1 | $750.00 | ■ | $750.00 | C.C.P. § 703.140(b)(4) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Cash** Line from *Schedule A/B*: 16.1 | $15.00 | ■ | $15.00 | C.C.P. § 703.140(b)(5) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Checking: JP Morgan Chase** Line from *Schedule A/B*: 17.1 | $2.79 | ■ | $2.79 | C.C.P. § 703.140(b)(5) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Brokerage: ETrade Account** Line from *Schedule A/B*: 17.2 | $250.00 | ■ | $250.00 | C.C.P. § 703.140(b)(5) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Narmar Inc. 50% ownership of the stock belongs to Debtor's Spouse and her twin sister. This is a Pre-2013 Laser Hair removal salon. The laws changed in 2013 which do not allow non-doctors to now obtain newer equipment. So the Debtor's spouse and sister** Line from *Schedule A/B*: 19.1 | $2,500.00 | ■ | $2,500.00 | C.C.P. § 703.140(b)(5) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $155,675?**
(Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.)

■ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐ No

    ☐ Yes

Fill in this information to identify your case:

| Debtor 1 | **Vartkes KASSARDJIAN** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number    **1:15-bk-14098-MB**
(if known)

☐ Check if this is an
amended filing

## Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**
☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
☑ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A: Amount of claim. Do not deduct the value of collateral. | Column B: Value of collateral that supports this claim | Column C: Unsecured portion if any |
|---|---|---|---|---|
| **2.1** Car Phone Factory, Inc. | Describe the property that secures the claim: | $108,110.00 | $0.00 | $108,110.00 |

**2.1** Car Phone Factory, Inc.
Creditor's Name

**2529 FOOTHILL BLVD
101
La Crescenta, CA 91214**
Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**11200 Canby Avenue Porter Ranch, CA 91326 Los Angeles County**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred **08/01/2013**    Last 4 digits of account number    **SC105103**

| **2.2** Ocwen Loan Servicing L | Describe the property that secures the claim: | $775,042.91 | $675,000.00 | $100,042.91 |
|---|---|---|---|---|

**2.2** Ocwen Loan Servicing L
Creditor's Name

**12650 Ingenuity Dr
Orlando, FL 32826**
Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**11200 Canby Avenue Porter Ranch, CA 91326 Los Angeles County**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Opened
5/11/07
Last Active
10/16/15**

Date debt was incurred    **10/16/15**    Last 4 digits of account number    **7131412079**

Debtor 1   Vartkes KASSARDJIAN                                                    Case number (if know)   1:15-bk-14098-MB
_____First Name_____Middle Name_____Last Name_____

| | | |
|---|---|---|

**2.3   SMK Financial Corporation**
Creditor's Name

Describe the property that secures the claim:   $50,000.00   $216,161.00   $0.00

Vacant Land with numerous APN
Nos. Investment Package for Land
Development Values are based on
Assessed Tax Values  Los Angeles
County
APNs:
1. 8204-014-022  HACIENDA
HEIGHTS CA 91745 - 8,708 sqft No
value.
2. 3037-021-017 COR AVE W8

5554 Reseda Boulevard
Suite 205
Tarzana, CA 91356-6215
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.

**Who owes the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   2010        Last 4 digits of account number   2010-VK1081

---

**2.4   Telesis Community Credit Union**
Creditor's Name

Describe the property that secures the claim:   $2,248.99   $0.00   $2,248.99

11200 Canby Avenue Porter Ranch,
CA 91326  Los Angeles County

9301 Winnetka Avenue
Chatsworth, CA 91311
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.

**Who owes the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   03/28/2011        Last 4 digits of account number   10W01511

---

**2.5   Trojan Capital Investment**
Creditor's Name

Describe the property that secures the claim:   $157,958.90   $675,000.00   $0.00

11200 Canby Avenue Porter Ranch,
CA 91326  Los Angeles County

2618San Miguel Drive,
Suite 316
Newport Beach, CA
92660
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Nature of lien. Check all that apply.

**Who owes the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor 1 | **Vartkes KASSARDJIAN** | | Case number (if know) | **1:15-bk-14098-MB** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

|  | **Opened** |  |  |
|---|---|---|---|
| | **8/30/07** | | |
| | **Last Active** | | |
| Date debt was incurred | **9/01/10** | Last 4 digits of account number | **1694442016** |

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$1,093,360.80** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$1,093,360.80** |

## Part 2:   List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| | | |
|---|---|---|
| ☐ | Name, Number, Street, City, State & Zip Code | On which line in Part 1 did you enter the creditor?  **2.1** |
| | **Philip A. Iadevaia** | |
| | **12100 Wilshire Boulevard** | Last 4 digits of account number  **5103** |
| | **Eighth Floor** | |
| | **Los Angeles, CA 90025** | |

| | | |
|---|---|---|
| ☐ | Name, Number, Street, City, State & Zip Code | On which line in Part 1 did you enter the creditor?  **2.1** |
| | **Sean Goodman, Esq.** | |
| | **18321 Ventura Boulevard** | Last 4 digits of account number  **5103** |
| | **Suite 755** | |
| | **Tarzana, CA 91356** | |

| | | |
|---|---|---|
| ☐ | Name, Number, Street, City, State & Zip Code | On which line in Part 1 did you enter the creditor?  **2.5** |
| | **Special Default Services Inc.** | |
| | **17100 Gillette Avenue** | Last 4 digits of account number  **0314** |
| | **Irvine, CA 92614** | |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Vartkes KASSARDJIAN** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number | 1:15-bk-14098-MB | | |
| (if known) | | | |

■ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion if any |
|---|---|---|---|---|---|
| **2.1** | **Car Phone Factory, Inc.** | | $108,110.00 | $275,000.00 | $0.00 |
| | Creditor's Name | Describe the property that secures the claim: | | | |

Describe the property that secures the claim:

**Vacant Land with numerous APN Nos. Investment Package for Land Development Values are based on Assessed Tax Values  Los Angeles County**
**APNs:**
**1.  8204-014-022  HACIENDA HEIGHTS CA 91745 - 8,708 sqft No value.**
**2.  3037-021-017 COR AVE W8**

**2529 FOOTHILL BLVD 101**
**La Crescenta, CA 91214**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred  08/01/2013        Last 4 digits of account number    5103

| | | | | | |
|---|---|---|---|---|---|
| **2.2** | **Ocwen Loan Servicing L** | Describe the property that secures the claim: | $772,231.00 | $675,000.00 | $97,231.00 |
| | Creditor's Name | | | | |

Describe the property that secures the claim:

**11200 Canby Avenue Porter Ranch, CA 91326  Los Angeles County**

**12650 Ingenuity Dr**
**Orlando, FL 32826**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

Official Form 106D               Schedule D: Creditors Who Have Claims Secured by Property                          page 1 of 3

| Debtor 1 | Vartkes KASSARDJIAN | | Case number (if known) | 1:15-bk-14098-MB |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Opened 5/11/07**
**Last Active 10/16/15**

Date debt was incurred **10/16/15**    Last 4 digits of account number **2079**

---

| 2.3 | SMK Financial Corporation | Describe the property that secures the claim: | $154,000.00 | $275,000.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

Describe the property that secures the claim:

Vacant Land with numerous APN Nos. Investment Package for Land Development Values are based on Assessed Tax Values  Los Angeles County
APNs:
1.  8204-014-022  HACIENDA HEIGHTS CA 91745 - 8,708 sqft No value.
2.  3037-021-017 COR AVE W8

**5554 Reseda Boulevard**
**Suite 205**
**Tarzana, CA 91356-6215**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Nature of lien. Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Who owes the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred **2010**    Last 4 digits of account number **1081**

---

| 2.4 | Telesis Community Credit Union | Describe the property that secures the claim: | $2,248.99 | $0.00 | $2,248.99 |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

Describe the property that secures the claim:

11200 Canby Avenue Porter Ranch, CA 91326  Los Angeles County

**9301 Winnetka Avenue**
**Chatsworth, CA 91311**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Nature of lien. Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ■ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Who owes the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred **03/28/2011**    Last 4 digits of account number **1511**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Vartkes KASSARDJIAN**
    First Name          Middle Name         Last Name

Case number (if know)    **1:15-bk-14098-MB**

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$1,036,589.99** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$1,036,589.99** |

## Part 2:    List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ Name, Number, Street, City, State & Zip Code
    **Philip A. Iadevaia**
    **12100 Wilshire Boulevard**
    **Eighth Floor**
    **Los Angeles, CA 90025**

On which line in Part 1 did you enter the creditor?    **2.1**

Last 4 digits of account number    **5103**

☐ Name, Number, Street, City, State & Zip Code
    **Sean Goodman, Esq.**
    **18321 Ventura Boulevard**
    **Suite 755**
    **Tarzana, CA 91356**

On which line in Part 1 did you enter the creditor?    **2.1**

Last 4 digits of account number    **5103**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Vartkes KASSARDJIAN** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number | 1:15-bk-14098-MB | | |
| (if known) | | | |

■ Check if this is an
amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to
any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on
Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in
Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the
left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your
name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  Do any creditors have priority unsecured claims against you?

   ■ No. Go to Part 2.

   ☐ Yes.

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3.  Do any creditors have nonpriority unsecured claims against you?

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ☐ Yes.

4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority
unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more
than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of
Part 2

| | | | Total claim |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 4.1 | **Amex** | Last 4 digits of account number    **1007** | **$12,410.00** |
| | Nonpriority Creditor's Name | | |
| | **P.O. Box 297871** | When was the debt incurred?    **10/2009** | |
| | **Fort Lauderdale, FL 33329** | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | |
| | Who incurred the debt? Check one. | | |

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a  community
debt

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit Card**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    42156                    Best Case Bankruptcy

Debtor 1  **Vartkes KASSARDJIAN**                     Case number (if know)    1:15-bk-14098-MB

| 4.2 | **Amex** | Last 4 digits of account number  **2008** | $9,333.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 297871**
**Fort Lauderdale, FL 33329**
Number Street City State Zip Code

When was the debt incurred?   **2010**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit card purchases**

| 4.3 | **Asok Doraiswamy MD** | Last 4 digits of account number  **4207** | $355.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**612 West Duarte Road # 801**
**Arcadia, CA 91007**
Number Street City State Zip Code

When was the debt incurred?   **6/2015**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Medical Bill**

| 4.4 | **Caine & Weiner** | Last 4 digits of account number  **0016** | $129.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**Po Box 5010**
**Woodland Hills, CA 91365**
Number Street City State Zip Code

When was the debt incurred?   **Opened  8/02/11**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Uniliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Collection Attorney Arrowhead Waters**

Debtor 1    Vartkes KASSARDJIAN                                    Case number (if known)    1:15-bk-14098-MB

| 4.5 | Discover Fin Svcs Llc | Last 4 digits of account number | 4032 | $16,820.00 |
|---|---|---|---|---|

**Discover Fin Svcs Llc**
Nonpriority Creditor's Name
Po Box 15316
Wilmington, DE 19850
Number Street City State Zip Code

Who incurred the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number    4032
When was the debt incurred?    2/2010

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

$16,820.00

---

| 4.6 | Huntington Hospital | Last 4 digits of account number | 6690 | $2,570.00 |
|---|---|---|---|---|

**Huntington Hospital**
Nonpriority Creditor's Name
P.O. Box 840655
Los Angeles, CA 90084
Number Street City State Zip Code

Who incurred the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number    6690
When was the debt incurred?    6/2015

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Medical Bill**

$2,570.00

---

| 4.7 | JP Morgan Chase Bank, N.A. | Last 4 digits of account number | 8468 | $127,400.00 |
|---|---|---|---|---|

**JP Morgan Chase Bank, N.A.**
Nonpriority Creditor's Name
780 Kansas Lane
LA4-2107
Monroe, LA 71203
Number Street City State Zip Code

Who incurred the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number    8468
When was the debt incurred?    2007

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

$127,400.00

Debtor 1    Vartkes KASSARDJIAN                                    Case number (if know)    1:15-bk-14098-MB

---

| 4.8 | **Merrick Bank** | Last 4 digits of account number    0308 | $1,273.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 9201**
**Old Bethpage, NY 11804**
Number Street City State Zip Code

When was the debt incurred?    12/2015

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Credit Card**

---

| 4.9 | **Pacific Valley MedGrp** | Last 4 digits of account number    9309 | $429.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 80278**
**City of Industry, CA 91716**
Number Street City State Zip Code

When was the debt incurred?    6/15

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Medical Bill**

---

| 4.10 | **The Law Off. of Burton C. Jacobson** | Last 4 digits of account number | $10,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**424 South Beverly Drive**
**Beverly Hills, CA 90212-4414**
Number Street City State Zip Code

When was the debt incurred?    2015

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Legal Fees**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1   **Vartkes KASSARDJIAN**                                                Case number (if know)    1:15-bk-14098-MB

| 4.1 1 | | | | |
|---|---|---|---|---|
| **Trojan Capital Investment** | | Last 4 digits of account number | 2016 | $157,958.90 |

Nonpriority Creditor's Name

**2618 San Miguel Drive, Suite 316
Newport Beach, CA 92660**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **Opened 8/30/07  Last Active 9/01/10**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **11200 Canby Avenue Porter Ranch, CA 91326  Los Angeles County**

---

**Part 3:   List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Collection Consultants of Californi
6100 San Fernando Road, Suite 211
Glendale, CA 91201**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.6** of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **2224**

Name and Address
**Special Default Services Inc.
17100 Gillette Avenue
Irvine, CA 92614**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.11** of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **0314**

---

**Part 4:   Add the Amounts for Each Type of Unsecured Claim**

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | | Total Claim |
|---|---|---|---|---|---|
| Total claims from Part 1 | 6a. | Domestic support obligations | 6a. | $ | 0.00 |
| | 6b. | Taxes and certain other debts you owe the government | 6b. | $ | 0.00 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ | 0.00 |
| | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | Total Priority. Add lines 6a through 6d. | 6e. | $ | 0.00 |
| | | | | | Total Claim |
| Total claims from Part 2 | 6f. | Student loans | 6f. | $ | 0.00 |
| | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ | 0.00 |
| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ | 0.00 |
| | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 338,677.90 |
| | 6j. | Total Nonpriority. Add lines 6f through 6i. | 6j. | $ | 338,677.90 |

---