United States Bankruptcy Court

Central District of California

In re:  
Vartkes Kassardjian  
    Debtor

Case No. 15-14098-MT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0973-1      User: admin      Page 1 of 3  
Date Rcvd: May 28, 2021      Form ID: van111      Total Noticed: 33

The following symbols are used throughout this certificate:  
**Symbol    Definition**

| | |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Vartkes Kassardjian, 11200 Canby Avenue, Porter Ranch, CA 91326-2505 |
| cr | + | HSBC Bank USA, National Association, Robertson, Anschutz, Shcneid P.L., 6409 Congress Ave, Suite 100, Boca Raton, FL 33487-2853 |
| cr | + | HSBC Bank USA, National Association, Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave, Suite 100, Boca Raton, FL 33487-2853 |
| 36813733 | | American Express Centurion Bank, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 36999095 | + | Amex, P.O. Box 297871, Fort Lauderdale, FL 33329-7871 |
| 36784930 | + | Bank of America, Attn: Home Retention Division, 400 National Way, Simi Valley, CA 93065-6414 |
| 36784931 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, Po Box 5010, Woodland Hills, CA 91365 |
| 38323084 | + | Car Phone Factory Inc, Law Office of Sean A. Goodman, 18321 Ventura Blvd. Ste 755, Tarzana, CA 91356-4250 |
| 36999097 | + | Car Phone Factory, Inc., 2529 FOOTHILL BLVD 101, La Crescenta, CA 91214-3522 |
| 36999098 | | Collection Consultants of Californi 6, 100 San Fernando Road, Suite 211, Glendale, CA 91201 |
| 37094267 | | HSBC Bank USA, National Association as Trustee, c/o Ocwen Loan Servicing, LLC, Attn Bankruptcy Department, P.O. BOX 24605, West Palm Beach, FL 33416-4605 |
| 36999100 | + | Huntington Hospital, P.O. Box 840655, Los Angeles, CA 90084-0655 |
| 36784934 | + | Ocwen Loan Servicing L, 12650 Ingenuity Dr, Orlando, FL 32826-2703 |
| 36999104 | ++ | PREMIER AMERICA CREDIT UNION, 19867 PRAIRIE ST, CHATSWORTH CA 91311-6532 address filed with court:, Telesis Community Credit Union, 9301 Winnetka Avenue, Chatsworth, CA 91311 |
| 36999101 | + | Pacific Valley MedGrp, P.O. Box 80278, City of Industry, CA 91716-8278 |
| 36999102 | + | Philip A. ladevaia, 12100 Wilshire Boulevard, Eighth Floor, Los Angeles, CA 90025-7120 |
| 36784935 | | SMK Financial Corporation, 5554 Reseda Boulevard, Suite 205, Tarzana, CA 91356-6215 |
| 36999103 | + | Sean Goodman, Esq., 18321 Ventura Boulevard, Suite 755, Tarzana, CA 91356-4250 |
| 36784936 | + | Special Default Services Inc., 17100 Gillette Avenue, Irvine, CA 92614-5603 |
| 36999105 | + | The Law Off. of Burton C. Jacobson, 424 South Beverly Drive, Beverly Hills, CA 90212-4402 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | May 29 2021 02:01:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | May 29 2021 02:02:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | Email/Text: finance.bankruptcy@lacity.org | May 29 2021 02:00:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| cr | + | Email/Text: bankruptcy@trinityfs.com | May 29 2021 02:02:00 | Trinity Financial Services LLC, 2618 San Miguel Dr. Ste 303, Newport Beach, CA 92660-5437 |
| cr | + | Email/Text: lossmit@trojancapinv.com | May 29 2021 02:02:00 | Trojan Capital Investments LLC, 2618 San Miguel Dr. Ste 316, Newport Beach, Newport Beach, CA |

| District/off: 0973-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 28, 2021 | Form ID: van111 | Total Noticed: 33 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 92660-5437 |
| 36817293 | | Email/Text: mrdiscen@discover.com | May 29 2021 02:00:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 36999099 | + | Email/Text: mrdiscen@discover.com | May 29 2021 02:00:00 | Discover Fin Svcs LLC, Po Box 15316, Wilmington, DE 19850-5316 |
| 36784932 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 29 2021 02:04:49 | JP Morgan Chase Bank, N.A., 780 Kansas Lane, LA4-2107, Monroe, LA 71203 |
| 37547152 | | Email/Text: bankruptcy@ttc.lacounty.gov | May 29 2021 02:00:00 | Los Angeles County Tax Collector, 225 North Hill Street, Room 122, Los Angeles, CA 90012 |
| 37151141 | | Email/Text: bankruptcy@ttc.lacounty.gov | May 29 2021 02:00:00 | Los Angeles County Treasurer and Tax Collector, PO Box 54110,, Los Angeles, CA 90054-0110 |
| 36822797 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 29 2021 02:04:50 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 36784933 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 29 2021 02:04:50 | Merrick Bank, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 36784937 | + | Email/Text: lossmit@trojancapinv.com | May 29 2021 02:02:00 | Trojan Capital Investment, 2618San Miguel Drive, Suite 316, Newport Beach, CA 92660-5437 |

TOTAL: 13

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 36813734 | * | American Express Centurion Bank, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 36999096 | ##+ | Asok Doraiswamy MD, 612 West Duarte Road #801, Arcadia, CA 91007-9248 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2021           Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| April Harriott | on behalf of Creditor HSBC Bank USA  National Association bkyecf@rasflaw.com, courtdrive@rasflaw.com;ras@ecf.courtdrive.com;bkyecf@rasflaw.com |
| Darren J Devlin | on behalf of Creditor Trojan Capital Investments LLC darren@resolutionfunding.net |
| Darren J Devlin | on behalf of Creditor Trinity Financial Services LLC darren@resolutionfunding.net |
| Elizabeth (SV) F Rojas (TR) | |

| | | |
|---|---|---|
| District/off: 0973-1 | User: admin | Page 3 of 3 |
| Date Rcvd: May 28, 2021 | Form ID: van111 | Total Noticed: 33 |

cacb_ecf_sv@ch13wla.com

Eric P Enciso

on behalf of Creditor HSBC Bank USA  National Association eenciso@rasflaw.com

Henry D Paloci

on behalf of Creditor Trinity Financial Services LLC hpaloci@hotmail.com  hpaloci@calibankruptcy.com

Iris Kwon

on behalf of Creditor HSBC Bank USA  National Association ikwon@rasflaw.com, bkyecf@rasflaw.com;courtdrive@rasflaw.com

R Grace Rodriguez

on behalf of Debtor Vartkes Kassardjian ecf2@lorgr.com  rodriguezrr66050@notify.bestcase.com

Rafael R Garcia-Salgado

on behalf of Creditor Trojan Capital Investments LLC rgarcia@goeforlaw.com  kmurphy@goeforlaw.com

Sean C Ferry

on behalf of Creditor HSBC Bank USA  National Association sferry@raslg.com, sferry@ecf.courtdrive.com

Seth Greenhill

on behalf of Creditor HSBC Bank USA  National Association bkyecf@rasflaw.com, sferry@ecf.courtdrive.com

United States Trustee (SV)

ustpregion16.wh.ecf@usdoj.gov

TOTAL: 12

# United States Bankruptcy Court
# Central District of California

21041 Burbank Blvd, Woodland Hills, CA 91367−6603

## NOTICE OF REQUIREMENT TO FILE A DEBTOR'S CERTIFICATION OF COMPLIANCE UNDER 11 U.S.C. §1328(a) AND APPLICATION FOR ENTRY OF DISCHARGE

**DEBTOR(S) INFORMATION:**
Vartkes Kassardjian
**SSN:** xxx−xx−8658
**EIN:** N/A

11200 Canby Avenue
Porter Ranch, CA 91326

**BANKRUPTCY NO.** 1:15−bk−14098−MT
**CHAPTER** 13

**TO DEBTOR(S) AND DEBTOR(S)' ATTORNEY**

Debtor(s) and/or debtor(s)' attorney is/are hereby notified that the debtor(s) must complete and file Debtor's Certification of Compliance under 11 U.S.C. § 1328(a) and Application For Entry of Discharge before a discharge can be entered in the above−captioned case. This form is available on the court's website at www.cacb.uscourts.gov.

Debtor(s) and /or debtor(s)' attorney is/are further notified that the Debtor's Certification of Compliance under 11 U.S.C. § 1328(a) and Application For Entry of Discharge must be filed within 30 days from the date of this notice. Failure to timely file the certification will result in the case being closed without an entry of discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the case, the debtor(s) must pay the full reopening fee due for filing the motion.

Dated: May 28, 2021

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court

(Form dnrotrf rev. 05/06 VAN−111)

**138 /**